UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 24-60437-CIV-DIMITROULEAS/HUNT

ZACHARY KELLY,

      Plaintiff,

vs.

PHILIP MORRIS INTERNATIONAL INC.,
and SWEDISH MATCH NORTH AMERICA LLC,

      Defendants.
_____/

**DEFENDANTS' NOTICE OF PENDING, REFILED, RELATED, OR SIMILAR ACTION**

Defendants Swedish Match North America LLC and Philip Morris International Inc.[1] ("Defendants"), by and through their undersigned counsel and pursuant to Local Rule 3.8, hereby give notice that there is a similar action currently pending against Defendants before another court: *Tobin Bates-Ferreira, individually and on behalf of all other persons similarly situated, v. Phillip [sic] Morris International Inc. and Swedish Match North America, LLC*, 24-cv-00987, filed in the United District Court for the Eastern District of California.

Dated: May 24, 2024

Respectfully submitted,

By:/s/ *Gary A. Orseck*
**GARY A. ORSECK**
Fla. Bar No. 846015
gorseck@kramerlevin.com

**KRAMER LEVIN NAFTALIS
& FRANKEL LLP**
2000 K Street N.W., 4th Floor

By: /s/ *Martin B. Goldberg*
**MARTIN B. GOLDBERG**
Florida Bar No. 827029
Primary: mgoldberg@lashgoldberg.com
Secondary: rdiaz@lashgoldberg.com
**LYNNETTE CORTES MHATRE**
Florida Bar No. 1052015
Primary: lmhatre@lashgoldberg.com

---

[1] By filing this Notice, PMI does not waive any defenses or responses to the Complaint, including but not limited to the lack of personal jurisdiction.

Washington, DC 20006
Tel: (202) 775-4500
Fax: (202)775-4510

**MUNGER, TOLLES & OLSON LLP**
Daniel B. Levin (admitted pro hac vice)
Bethany W. Kristovich (admitted pro hac vice)
350 South Grand Ave., 50th Floor
Los Angeles, CA 90071
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

*Attorneys for Defendant Swedish Match North America LLC*

Secondary: obencomo@lashgoldberg.com

**LASHGOLDBERG**
Lash Goldberg Fineberg LLP
Miami Tower, Suite 1200
100 S.E. 2nd Street
Miami, FL 33131
Tel: (305) 347-4040
Fax: (305) 347-4050

**LATHAM & WATKINS LLP**
Christine G. Rolph (admitted pro hac vice)
Christine.Rolph@lw.com
Chase A. Chesser (admitted pro hac vice)
Chase.Chesser@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
(202) 637-2200

U. Gwyn Williams (admitted pro hac vice)
Gwyn.Williams@lw.com
200 Clarendon Street 26th Floor
Boston, MA 02116
(617) 880-4500

*Attorneys for Defendant Philip Morris International Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this May 24, 2024, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on the counsel of record on the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF.

>/s/ Martin B. Goldberg
>**MARTIN B. GOLDBERG**

**Service List**
Jeffrey L. Haberman
Scott P. Schlesinger
Jonathan R. Gdanski
SCHLESINGER LAW OFFICES, P.A.
1212 SE Third Avenue,
Fort Lauderdale, FL 33316
Telephone: (954) 467-8800
jhaberman@schlesingerlaw.com
*Attorneys for Plaintiffs*

Gary A. Orseck
KRAMER LEVIN NAFTALIS
& FRANKEL LLP
2000 K Street N.W., 4th Floor
Washington, DC 20006
Tel: (202) 775-4500
Fax: (202)775-4510

Daniel B. Levin (admitted pro hac vice)
Bethany W. Kristovich (admitted pro hac vice)
MUNGER, TOLLES & OLSON LLP
350 South Grand Ave., 50th Floor
Los Angeles, CA 90071
Telephone: (213) 683-9100
Facsimile: (213) 687-3702
*Attorneys for Defendant Swedish Match North America LLC*