# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

ZACHARY KELLY        Case No.: 24-60437-CIV-DIMITROULEAS

      Plaintiff,

vs.

PHILIP MORRIS INTERNATIONAL INC.,
and SWEDISH MATCH NORTH AMERICA, LLC,

      Defendants.

_____

## ORDER GRANTING PLAINTIFF'S UNOPPOSED EXPEDITED MOTION TO SUPPLEMENT AND RE-SET DEFENDANT PHILIP MORRIS INTERNATIONAL INC.'S DEADLINES

This CAUSE is before the Court upon Plaintiff's Unopposed Expedited Motion to Supplement and Re-Set Defendant Philip Morris International Inc. ("PMI")'s Deadlines (the "Expedited Motion") [DE 42]. The Court has carefully considered the Motion, the record, and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the Expedited Motion [DE 42] is **GRANTED** as follows:

1. On or before **June 21, 2024**, Plaintiff may file: (1) a supplemental or amended response to PMI's motion to dismiss; and (2) a supplemental or amended motion for leave to conduct jurisdictional discovery.

2. The deadline for PMI to file a reply in support of its motion to dismiss is **RESET** to **June 28, 2023**. The deadline for PMI to file its opposition to Plaintiff's motion to conduct jurisdictional discovery (or amended motion for leave to conduct jurisdictional discovery) is **RESET** to **July 1, 2024**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 20th day of June, 2024.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

All Counsel of Record