UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 24-60437-CIV-DIMITROULEAS

ZACHARY KELLY, individually and
on behalf of all others similarly situated,

      Plaintiff,

vs.

PHILIP MORRIS INTERNATIONAL INC.,
and SWEDISH MATCH NORTH AMERICA, LLC,

      Defendants.
_____/

## ORDER SETTING HEARING ON MOTIONS

THIS CAUSE is before the Court on Defendant Swedish Match North America LLC ("Swedish Match")'s Motion to Dismiss, filed May 6, 2024 [DE 29]; Defendant Philip Morris International Inc. ("PMI")'s Motion to Dismiss Plaintiff's Complaint, filed May 6, 2024 [DE 30]; and Plaintiff Zachary Kelly ("Kelly" or "Plaintiff")'s Amended Motion for Leave to Conduct Jurisdictional Discovery, filed June 21, 2024 [DE 45]. The Court has carefully considered the Motions [DE's 29, 30, 45], the Responses [DE's 39, 46, 48], the Replies [DE 44, 47, 49], and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that a hearing on the Motions [DE's 29, 30, 45] is hereby set for **10:00 A.M.** on **Friday, August 9, 2024,** in Courtroom 205B at the U.S. Courthouse, 299 E. Broward Boulevard, Fort Lauderdale, Florida.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 12th day of July 2024.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record