# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| ZACHARY KELLY, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> PHILIP MORRIS INTERNATIONAL, INC., SWEDISH MATCH NORTH AMERICA, LLC, SWEDISH MATCH USA, INC., PHILIP MORRIS GLOBAL BRANDS, INC., and PMI GLOBAL SERVICES, INC., <br><br> Defendants. | Case No. 0:24-60437-CIV-DIMITROULEAS/HUNT |
| KOVADIS PALMER, <br><br> Plaintiff, <br><br> vs. <br><br> PHILIP MORRIS INTERNATIONAL, INC., SWEDISH MATCH NORTH AMERICA, LLC, SWEDISH MATCH USA, INC., PHILIP MORRIS GLOBAL BRANDS, INC., and PMI GLOBAL SERVICES, INC., <br><br> Defendants. | Case No. 0: 24-60522-CIV-DIMITROULEAS/HUNT |
| NICHOLAS LENDINARA, <br><br> Plaintiff, <br><br> vs. <br><br> PHILIP MORRIS INTERNATIONAL, INC., SWEDISH MATCH NORTH AMERICA, LLC, SWEDISH MATCH USA, INC., PHILIP MORRIS GLOBAL BRANDS, INC., and PMI GLOBAL SERVICES, INC., <br><br> Defendants. | Case No. 0: 24-61371-CIV-DIMITROULEAS/HUNT |

|  |  |
|---|---|
| ALANNAH FRIEDMAN,<br><br>                Plaintiff,<br>vs.<br><br>PHILIP MORRIS INTERNATIONAL, INC.,<br>SWEDISH MATCH NORTH AMERICA,<br>LLC, SWEDISH MATCH USA, INC.,<br>PHILIP MORRIS GLOBAL BRANDS,<br>INC., and PMI GLOBAL SERVICES, INC.,<br>                Defendants. | Case No. 0:25-60640-CIV-<br>DIMITROULEAS/HUNT |

## ORDER GRANTING DEFENDANTS' UNOPPOSED OMNIBUS MOTION FOR CONSOLIDATION OF DISCOVERY WITH RELATED CASES; REFERRING MOTION FOR PROTECTIVE ORDER

This cause came before me upon Defendants Philip Morris International Inc., Philip Morris Global Brands, Inc., PMI Global Services, Inc., Swedish Match North America LLC, and Swedish Match USA, Inc.'s Unopposed Motions for Consolidation of Discovery with Related Cases and Entry of Protective Order ("Motions"):

   a. [DE 134] (*Kelly*, 0:24-cv-60437),

   b. [DE 96] (*Palmer*, 0:24-cv-60522),

   c. [DE 75] (*Lendinara*, 0:24-cv-61371),

   d. [DE 32] (*Friedman*, 0:25-cv-60640).

The Court has reviewed the Motions and is otherwise fully advised in the premises. Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

   2. The Motions are **GRANTED IN PART** as follows:

   3. *Kelly v. Philip Morris International Inc., et al.*, No. 0:24-cv-60437 (filed March 19, 2024) (the "*Kelly* Action"); *Palmer v. Swedish Match North America LLC, et al.*, No. 0:24-cv-60522 (filed April 3, 2024) (the "*Palmer* Action"); *Lendinara v. Philip Morris International Inc., et al.*, No. 0:24-cv-61371 (filed July 30, 2024) (the "*Lendinara* Action"); and *Friedman v. Philip*

*Morris International Inc., et al.*, No. 0:25-cv-60640 (filed April 2, 2025) (the "*Friedman* Action," and together with the *Kelly* Action, *Palmer* Action, and *Lendinara* Action, the "Related Actions") are consolidated **FOR DISCOVERY PURPOSES ONLY** to avoid wasteful duplication of judicial and other resources;

4. All discovery matters relevant to the Related Actions shall be filed in Case No. 24-cv-60437-WPD *i.e.*, the *Kelly* Action) only;

5. Depositions of witnesses shall only be taken once and shall apply to all Related Actions;

6. Depositions in the Related Actions shall be subject to the standard 7-hour time requirement;

7. With respect to the request for protective order, the Motions:

    a. [DE 134] (*Kelly*, 0:24-cv-60437),

    b. [DE 96] (*Palmer*, 0:24-cv-60522),

    c. [DE 75] (*Lendinara*, 0:24-cv-61371),

    d. [DE 32] (*Friedman*, 0:25-cv-60640).

are hereby **REFERRED** to Magistrate Judge Hunt pursuant to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida for appropriate disposition *or* report and recommendation.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 29th day of May, 2025.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to: All Counsel of Record