**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 0:24-60437-CIV-DIMITROULEAS/HUNT

| | |
|---|---|
| ZACHARY KELLY, DARRYL MAULTSBY, and GRIFFIN DYKES, individually and on behalf of all others similarly situated, | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | ) |
| vs. | )<br>) |
| PHILIP MORRIS INTERNATIONAL INC., SWEDISH MATCH NORTH AMERICA, LLC, SWEDISH MATCH USA, INC., PHILIP MORRIS GLOBAL BRANDS, INC., and PMI GLOBAL SERVICES, INC., | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

**ORDER APPROVING STIPULATION OF DISMISSAL**
**WITH PREJUDICE AS TO GRIFFIN DYKES**

THIS CAUSE is before the Court upon the Joint Stipulation for Dismissal with Prejudice (the "Stipulation") [DE 203], filed herein on February 23, 2026. The Court has carefully reviewed the Stipulation, notes signatures of counsel, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation [DE 203] is hereby **APPROVED**;

2. Plaintiff Dykes shall withdraw as a named plaintiff in this action, and his claims, including all claims that were or could have been raised in this action, are dismissed, with prejudice. Plaintiff Dykes and Defendants shall each bear their own attorney fees and costs.

3. This action remains open as to the remaining Plaintiffs and Defendants.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida on this 24th day of February, 2026.

Copies to
Counsel of record

WILLIAM P. DIMITROULEAS
United States District Judge