**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

Case No. 0:24-60437-CIV-DIMITROULEAS/HUNT

DARRYL MAULTSBY, individually and on  )
behalf of all others similarly situated,  )
                                      )
                        Plaintiff,  )
      v.  )
                                        )
PHILIP MORRIS INTERNATIONAL INC.,  )
SWEDISH MATCH NORTH AMERICA LLC,  )
SWEDISH MATCH USA, INC.,  )
PHILIP MORRIS GLOBAL BRANDS, INC.,  )
and PMI GLOBAL SERVICES, INC.,  )
                                        )
                      Defendants.  )
                                        )

<u>**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY**</u>

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule 7.1(a)(1)(J), Plaintiff Darryl Maultsby ("Plaintiff") respectfully files this motion to extend the time to complete discovery through July 24, 2026. As set forth below, good cause exists for a brief extension.

The current scheduling order provides that discovery is to be complete by June 26, 2026. However, more time is needed.

Defendants disclosed experts close to midnight on June 15, 2026 – the day their disclosures were due. They disclosed four experts. The reports and materials considered span hundreds upon hundreds of pages of material to review. Defendants did not provide dates of availability to depose their witnesses.

1

In addition, Defendants filed a motion to exclude Plaintiff's expert economist and two summary judgment motions on June 15 as well. Plaintiff's counsel began working on the responses to the motions and on the reply to the class certification motion, which is due July 13, 2026.

Plaintiff's counsel could not have completed the depositions in the nine business days between Defendants' disclosures and the close of discovery. Plaintiff's counsel needed time for sufficient review of the material and was scheduled for hearings and depositions in other matters during this time.

Plaintiff therefore requests through July 24, 2026 to complete the depositions of Defendants' expert witnesses. Plaintiff has requested deposition dates beginning the week of July 6, as the undersigned is away and out of office in the week of June 29.

This motion will not prejudice the parties as discovery will be complete before Plaintiff's responds to Defendants' motions for summary judgment, which are now due on July 27.

WHEREFORE, Plaintiff respectfully requests the Court grant this motion and extend the time to complete discovery through July 24, 2026.

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel certifies that counsel for Plaintiff conferred with Ms. Kristovich on June 26, 2026 by telephone. Ms. Kristovich is conferring with her clients. Plaintiff will inform the Court on whether Defendants can agree to this request or oppose it.

Dated: June 26th, 2026

By:    */s/ Jeffrey L. Haberman*
Jeffrey L. Haberman
FL Bar No.: 98522
**SCHLESINGER LAW OFFICES, P.A.**
1212 SE Third Avenue,
Fort Lauderdale, FL 33316
Telephone: (954) 467-8800
Fax: (954) 320-9509
jhaberman@schlesingerlaw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system on June 26, 2026, and that a notice of the electronic filing will be transmitted to all counsel of record.

By: */s/ Jeffrey L. Haberman*
Jeffrey L. Haberman

3